IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SCOTT MARTIN**                                                                                           **PLAINTIFF**

v.                              Case No. 2:20-cv-00222 KGB

**CITY OF PALESTINE, ARKANSAS, and**
**BILLY SHAFFER, Mayor, individually**
**and in his official capacity**                                                                     **DEFENDANTS**

## ORDER

Before the Court is the unopposed motion for continuance of defendants City of Palestine, Arkansas and Billy Shafer, in his individual and official capacities (Dkt. No. 7). This case is currently set for trial the week of October 24, 2022, and the discovery deadline is August 10, 2022 (Dkt. No. 6). On June 26, 2022, a day before counsel for defendants was scheduled to take plaintiff Scott Martin's deposition, plaintiff's counsel notified counsel for defendants that his law license had been suspended by the Arkansas Supreme Court Committee on Professional Conduct effective June 23, 2022, for a period of four months (Dkt. No. 7, ¶ 2). Counsel have conferred and have agreed that the Court should continue this matter in the light of plaintiff's counsel's suspension which does not expire until the day before the trial is currently scheduled to begin (*Id.*, ¶ 3). For good cause shown, the Court grants defendants' motion for continuance of trial (*Id.*). The parties are directed to file a status update with the Court on or before October 28, 2022, advising the Court whether plaintiff's counsel's license has been reinstated. The Court will reset this matter for trial by separate order and will issue an amended final scheduling order that resets all unexpired pretrial deadlines.

It is so ordered this 30th day of June, 2022.

                                                                                        _____
                                                                                        Kristine G. Baker
                                                                                        United States District Judge